# UNITED STATES NAVY-MARINE CORPS
# COURT OF CRIMINAL APPEALS
# WASHINGTON, D.C.

**Before**
**J.A. FISCHER, B.T. PALMER, J.S. SMITH**
Appellate Military Judges

**UNITED STATES OF AMERICA**

v.

**CODY T. SHOEMAKER**
**MISSILE TECHNICIAN THIRD CLASS (E-4), U.S. NAVY**

**NMCCA 201500312**
**GENERAL COURT-MARTIAL**

**Sentence Adjudged**: 2 June 2015.
**Military Judge**: CAPT Robert B. Blazewick, JAGC, USN.
**Convening Authority**: Commander, Navy Region Southeast, Naval Air Station, Jacksonville, FL.
**Staff Judge Advocate's Recommendation**: CDR N.O. Evans, JAGC, USN.
**For Appellant**: LCDR Emily Harrelson, JAGC, USN.
**For Appellee**: Mr. Brian Keller, Esq.

**22 December 2015**

---------------------------------------------------------
**OPINION OF THE COURT**
---------------------------------------------------------

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority.  Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court

R.H. TROIDL
Clerk of Court